**John LAULER, Plaintiff–Appellant,**

v.

**John J. ARMSTRONG, Larry Myers, Kelly Smayda, Leslie E. Brooks, and John Does (1–10), Defendants–Appellants.**

No. 02–7560.

United States Court of Appeals, Second Circuit.

Feb. 27, 2003.

Norman Pattis, Williams & Pattis, New Haven, CT, for Appellant.

Perry Zinn Rowthorn, Assistant Attorney General, (Richard Blumenthal, State Attorney General, on the brief), Office of the Attorney General for the State of Connecticut, Hartford, CT, for Appellees.

PRESENT: VAN GRAAFEILAND, CABRANES, and PARKER, Circuit Judges.

SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 27th day of February, two thousand and three.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Appellant John Lauler appeals from the judgment of the District Court granting to

---

defendants judgment as a matter of law on their motion for summary judgment. Having reviewed all of the Appellant's claims, and finding in them no merit, the judgment of the District Court is AFFIRMED.